DOCKETED
COPY PTYS
MAILD NOTICE PTYS
JS-6

DEC 21

FILED
CLERK, U.S. DISTRICT COURT
DEC 17 1998
DISTRICT OF CALIF.

ENTERED
CLERK, U.S. DISTRICT COURT
DEC 21 1998
CENTRAL DISTRICT OF CALIFORNIA
BY                DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH KRUEGER, ET AL.,<br><br>  Plaintiffs,<br><br>  v.<br><br>RONALD G. WILLIAMS, ET AL.,<br><br>  Defendants. | CV 98-5881 JSL<br><br>ORDER RE DEFENDANTS'<br>MOTIONS TO DISMISS, TO<br>COMPEL ARBITRATION, AND TO<br>TRANSFER VENUE |

    The following motions were decided without hearing on November 30, 1998: (1) the motion of defendants L.H. Financial Services, Arie Rabinowitz and Chris Rossman to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and to strike pursuant to Rule 12(f); (2) the motion of defendants Thomson Kernaghan & Co. Ltd. and Willora Company Ltd. to compel arbitration and dismiss the complaint; and (3) the motion of defendants L.H. Financial Services, Arie Rabinowitz and Chris Rossman to transfer venue.

    Having reviewed the papers filed in connection with this matter and being fully apprised of the relevant facts and law,

    IT IS HEREBY ORDERED that: (1) the motion of defendants L.H. Financial Services, Arie Rabinowitz and Chris Rossman to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and

1  to strike pursuant to Rule 12(f) be DENIED; (2) the motion of
2  defendants Thomson Kernaghan & Co. Ltd. and Willora Company Ltd. to
3  compel arbitration and dismiss the complaint be DENIED; (3) the motion
4  of defendants L.H. Financial Services, Arie Rabinowitz and Chris
5  Rossman to transfer venue be DENIED.
6        IT IS SO ORDERED.

8  DATED: 12/17/98                    _____
                                       J. Spencer Letts
9                                      United States District Judge