

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH KRUEGER, an individual; BRENT CHAPEL, an individual; PAUL D. JACKSON, an individual; NATIONAL AFFILIATED CORPORATION, a Louisiana corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>RONALD G. WILLIAMS, an individual; SHELDON D. TAIGER, an individual; ARIE RABINOWITZ, an individual; CHRIS ROSSMAN, an individual; ETHEL SCHWARTZ, an individual; GUILHERME DUQUE, an individual; DORA FRIED, an individual; JOSEPH SCHONKOPF, an individual; THOMSON KERNAGHAN & CO. LIMITED, a Canada corporation; EXCALIBUR LIMITED PARTNERSHIP, an unknown entity; VENGUA CAPITAL MARKETS LTD., a United Kingdom corporation; LONDON SELECT ENTERPRISES, LTD., an unknown entity; SELECT CAPITAL ADVISORS, INC., a Florida corporation; AUSTOST ANSTALT SCHAAN, a Liechtenstein corporation; UFH ENDOWMENT, LTD., a Liechtenstein corporation; L.H. FINANCIAL SERVICES, an unknown entity; WILLORA CO. LIMITED, an unknown entity; IGUANA INVESTMENTS, an unknown entity; ARCADIA MUTUAL FUND, an unknown entity; ASIA EQUITIES, an unknown entity; PASSY HOLDING, an unknown entity; PARIL HOLDING, an unknown entity; and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO. CV 98-5881 JSL (RMBx)<br><br>REPORT AND RECOMMENDATION; [~~PROPOSED~~] ORDER |

11/19/99 1:49PM
F:\WWPDOCS\11528\201055\U4933232.PLD

On October 5, 1999 the Court issued its Order on the Report and Recommendation of the Special Master ("Order"). On October 28, 1999 the Special Master convened a hearing to consider further discovery developments, and received and considered pre-hearing briefs of the parties, and reviewed with the parties at great length the status of discovery proceedings. At the time of that October 28th hearing, the Special Master issued oral recommendations to the parties, which oral recommendations are set forth in the transcript of proceedings on that date.

Following the October 28th hearing, Plaintiffs submitted "Plaintiffs' Request For Additional Report And Recommendation By Special Master Due To Continued Inadequacies Of Defendants' Responses To Discovery" ("Plaintiffs' Request"), and the "LH Defendants" and the "Thomson Kernaghan Defendants" submitted responses thereto.

Having considered the Plaintiffs' Request, and the responses submitted by the Defendants thereto, the Special Master issues the foregoing Recommendations:

1.  Plaintiffs' request for relief from the Order should be denied as respects the LH Defendants. The LH Defendants have substantially complied with the Order, and there does not appear at this point any showing of good cause to permit depositions of LH Defendant witnesses to proceed forward on phased issues set forth in the Order. The LH Defendants should, if they so choose, file a motion for summary judgment in accordance with the Court's calendar and scheduling.

2.  It may be appropriate to grant Plaintiffs' request for relief from the Order as respects the Thomson Kernaghan Defendants. While difficult to distill from the arguments of the parties in their papers, which focus on largely irrelevant issues, unrelated to the Order and the conduct of discovery, it appears that the Thomson Kernaghan Defendants may not have complied with the Order. It appears that the Thomson Kernaghan Defendants may have

engaged in delay tactics with the net effect of frustrating Plaintiffs' efforts to conclude phased discovery as respects the Thomson Kernaghan Defendants.

3. As respects the Thomson Kernaghan Defendants, the Court should invite Plaintiffs to seek an order for sanctions for failure to comply with the Order. If so invited, Plaintiffs should be prepared to file with the Court in support of that motion specific instances of violation of the Order, appropriate references to the October 28th hearing transcript demonstrating violation of the Order, and specific recommendations of modifications to the Order to be made to address any of Thomson Kernaghan's violations of the Order; Thomson Kernaghan should then be prepared to file opposition to such papers addressing the specific violations raised and proposed remedy sought, and the Plaintiffs should thereupon file a reply to that opposition.

/S/
_____
MICHAEL A. SHERMAN
Special Master

11/19/99 1:49PM
F:\NWPDOCS\11525\201055\U4933232.PLD

## ORDER

At Los Angeles, California, this ___ day of November, 1999, upon considering the foregoing Report and Recommendation, and good cause appearing therefore, the Recommendation is approved and so ordered as follows:

1. Plaintiffs' request for relief from the Order is denied as respects the LH Defendants. No depositions of LH Defendants should proceed forward now on phased issues set forth in the Order. If the LH Defendants so choose, they may file a motion for summary judgment in accordance with the Court's calendar and scheduling.

2. Plaintiffs are invited to seek the relief as respects the Thomson Kernaghan Defendants in the form and manner set forth in the Recommendation.

J. SPENCER LETTS
United States District Court Judge

4

11/19/99 1:49PM
F:\WWPDOCS\11526\201055\U4933232.PLD